Claritha BOUKNIGHT, Plaintiff–Appellant,

v.

COLUMBIA HOTEL ASSOCIATES, d/b/a Sheraton Hotel; Interstate Management and Investment Corporation, Defendants–Appellees.

No. 02–1246.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 23, 2002.

Claritha Bouknight, Appellant Pro Se. Susan Pedrick McWilliams, Nexsen, Pruet, Jacobs & Pollard, Columbia, South Carolina, for Appellees.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Claritha Bouknight appeals the district court's order denying her motion for a new trial following a jury verdict in favor of Columbia Hotel Associates and Interstate Management and Investment Corp. on her hostile work environment claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2001). We have reviewed the record and the district

court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bouknight v. Columbia Hotel Assocs.,* No. CA–00–896–17–3 (D.S.C. Nov. 29 & Dec. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*